IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE D. SOLOMON,

     Appellant,

v.

J. L. MANUEL, CORRECTIONS
OFFICER, K. P. FOREHAND,
CORRECTIONS OFFICER, K.
W. WATFORD, CORRECTIONS
OFFICER, C. S. ROEBUCK,
CORRECTIONS OFFICER, J. J.
SPRADLIN, CORRECTIONS
OFFICER, W. C. GRANBERRY,
SERGEANT H-DORM,
JACKSON, SERGEANT H-
DORM, THOMPSON,
CAPTAIN, BRACEWELL,
MAJOR, MR. HEWITT,
SUPERVISOR
CLASSIFICATION, MRS.
JACKSON, ASSISTANT
WARDEN, MR. FLOWERS,
WARDEN,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D12-4559

Opinion filed November 12, 2014.

An appeal from an order of the Circuit Court for Holmes County.
Christopher N. Patterson, Judge.

Willie D. Solomon, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna La Plante, Senior Assistant Attorney General, Tallahassee, for Appellees.


PER CURIAM.

DISMISSED.

BENTON, ROBERTS, and RAY, JJ., CONCUR.